# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| OHIO MIDLAND, INC., *et al*. | : | |
| Plaintiffs, | : | |
| | : | Case No. 2:05-CV-1097 |
| v. | : | |
| GORDON PROCTOR, *et al*. | : | JUDGE ALGENON L. MARBLEY |
| Defendants. | : | Magistrate Judge Mark R. Abel |
| | : | |

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

The Telephonic Status Conference in this case is rescheduled for **Tuesday, July 2, 2013,** beginning at **5:00 p.m.**  The Court will initiate the phone conference; counsel for the respective parties, as well as counsel for the City of Benwood, West Virginia, are to be available by telephone.

During the Telephone Status Conference, the Court will address the current status of the Bellaire Bridge demolition, outstanding sanctions and any other issues relating to enforcement of and compliance with this Court's prior order to demolish the Bellaire Bridge.  This Order supersedes any prior orders setting a status conference.  The conference is not expected to exceed thirty minutes in length.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**UNITED STATES DISTRICT COURT**

**DATE:  June 25, 2013**